IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICK A. LAI,

                    Plaintiff,

        v.

RADNOR TOWNSHIP POLICE DEPT., et
al.,

                    Defendants.

CIVIL ACTION
NO. 15-2451

## ORDER

**AND NOW**, this 11th day of July 2016, upon consideration of the Third Amended
Complaint (Doc. No. 22), Defendants' Motion to Dismiss the Third Amended Complaint (Doc.
No. 24), Plaintiff's Response in Opposition to the Motion to Dismiss (Doc. No. 26), and in
accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion to
Dismiss the Third Amended Complaint (Doc. No. 24) is **GRANTED IN PART** and **DENIED
IN PART** as follows:

1.      Defendants' Motion to Dismiss is **DENIED** with respect to Plaintiff's
        discrimination claim (Count I).

2.      Defendants' Motion to Dismiss is **DENIED** with respect to Plaintiff's hostile
        work environment claim (Count II).

3.      Defendants' Motion to Dismiss is **GRANTED** with respect to Plaintiff's unfair
        labor practices claim (Count III).

4.      Defendants' Motion to Dismiss is **GRANTED** with respect to Plaintiff's
        retaliation claim (Count IV).

5.      Defendants are **ORDERED** to file an Answer to Plaintiff's remaining claims within fourteen (14) days from the entry of this Order.

6.      The Clerk of Court is **ORDERED** to send Plaintiff a copy of the Program Description for the Attorney Panel for Pro Se Plaintiffs in Employment Cases and a form application for appointment of counsel.   If Plaintiff chooses to request the appointment of counsel in accordance with the terms of the Program Description, he shall return the application within fourteen (14) days from the entry of this Order.


BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.